1  Alexander G. Calfo, Bar No. 152891
   alexander.calfo@btlaw.com
2  Kelley S. Olah, Bar No. 245180
   kelley.olah@btlaw.com
3  **BARNES & THORNBURG LLP**
   2049 Century Park East, Suite 3550
4  Los Angeles, California 90067
   Telephone: (310) 284-3880
5  Facsimile: (310) 284-3894

6  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC.; JOHNSON &
7  JOHNSON SERVICES, INC. and JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
8  Johnson, Inc.")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAMELA J. VIETH, | CASE NO. CV13-02239- SBA |
| Plaintiff, | [PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS |
| v. | JURY TRIAL DEMANDED |
| DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; THOMAS P. SCHMALZRIED, M.D.; THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATON and DOES 1-100, | Trial Date: None Set |
| Defendants. | |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff PAMELA J. VIETH and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, THOMAS P. SCHMALZRIED, M.D. and THOMAS P. SCHMALZRIED, M.D. A Professional Corporation (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good

1  cause shown, it is hereby ORDERED that:

2      1.    The Parties' request for a stay of proceedings is GRANTED;

3      2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

    3.    Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/6/, 2013

*Saundra B. Armstrong*
UNITED STATES DISTRICT JUDGE